IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IRONBURG INVENTIONS LTD.,

  Plaintiff,

    v.

COLLECTIVE MINDS GAMING
CO. LTD., a Canadian Limited
Company,

  Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-4110-TWT

**ORDER**

     This is a patent infringement action. It is before the Court on the Defendant's Motion to Stay Litigation Pending Inter Partes Review [Doc. 46]. Courts perform a balancing analysis using three factors to determine whether it is appropriate to grant a motion to stay: (1) whether a stay would unduly prejudice or present a clear tactical disadvantage to the non-moving party; (2) whether a stay will simplify the issues in question and trial of the case; and (3) whether discovery is complete and a trial date has been set. Weighing these factors, the Defendant's Motion to Stay Litigation Pending Inter Partes Review [Doc. 46] is DENIED.

SO ORDERED, this 22 day of March, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge